# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW
488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2019

December 30, 2019

VIA ECF

**MEMO ENDORSED**

Honorable Laura Taylor Swain
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *Corrales v. AJMM Trucking Corp. et ano.*
           19 Civ. 04532 (LTS) (RWL)

Dear Judge Swain:

    Plaintiff Cesar Augusto Corrales ("Plaintiff"), by his attorneys Pechman Law Group PLLC, and pursuant to the Court's Individual Practice Rule A(1)(f), requests an extension of time until January 10, 2020 to comply with the Court's December 18, 2019 Order ("Order") (ECF No. 18). In its Order, the Court provided Plaintiff with fourteen (14) days, until January 1, 2020, to serve a copy of the Order on Defendants AJMM Trucking Corp. and Wilson Morocho (collectively, "Defendants") and file proof of service with the Court. Plaintiff is requesting an extension because he has not yet been able to effectuate service of the Order on Defendants. This is Plaintiff's first request for an extension of time.

                               Respectfully submitted,

                               Louis Pechman

cc: Wilson Morocho

*The requested extension is granted. DE# 19 is resolved.*

SO ORDERED:
_____ 12/30/2019
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE