UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
      :
CESAR AUGUSTO CORRALES,    :
      :
                Plaintiff,    :
      :    19-cv-4532 (LJL)
      -v-    :
      :    ORDER
AJMM TRUCKING CORP. ET AL,    :
      :
                Defendants.    :
      :
------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      This case has been randomly reassigned to me for all purposes. The Court is in receipt of Plaintiff's Certificate of Default from the Clerk's Office (Dkt. No. 16). It is hereby:

      ORDERED that Plaintiff consult the Court's Individual Practices in Civil Cases, available at https://www.nysd.uscourts.gov/hon-lewis-j-liman, and, pursuant to that document, file a Motion for Default Judgment on ECF. As specified in Attachment A to the Individual Practices, Plaintiff should not proceed by order to show cause.

      Plaintiff shall file the motion by February 28, 2020.

      SO ORDERED.

Dated: February 14, 2020
      New York, New York

                                           LEWIS J. LIMAN
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2020