```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
CESAR AUGUSTO CORRALES,                                          :
                                                                 :
                       Plaintiff,                                :
                                                                 :      19-cv-4532 (LJL)
        -v-                                                      :
                                                                 :      ORDER
AJMM TRUCKING CORP. ET AL,                                       :
                                                                 :
                       Defendants.                               :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of Plaintiff's Motion for Default Judgment (Dkt. No. 24).

      IT IS HEREBY ORDERED that the parties shall appear for a telephonic default judgment hearing on April 20, 2020 at 10:30 a.m. Parties are directed to call (888) 251-2909 and use Access Code 2123101.

      Pursuant to Attachment A of the Court's Individual Practices in Civil Cases (available at https://www.nysd.uscourts.gov/hon-lewis-j-liman), Plaintiff is directed to serve on the parties against whom the default judgment is sought: (1) the motion for default judgment and supporting papers, and (2) this Order. Plaintiff must file proof of service electronically on ECF.

      SO ORDERED.

Dated: March 18, 2020  
       New York, New York  
                                                   LEWIS J. LIMAN  
                                                   United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 3/18/2020